**Vonnie Ray BULLARD, Petitioner–Appellant,**

v.

**William R. BARKER, Superintendent, Sampson County Prison Unit, Clinton, NC; Michael Easley, Attorney General of North Carolina, Respondents–Appellees.**

No. 99–7219.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Susan Hubbard Pollitt, North Carolina Prisoner Legal Services, Inc., Raleigh, NC, for appellant. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Vonnie Ray Bullard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. We therefore deny a certificate of probable cause and dismiss in part, and affirm in part on the reasoning of the district court. *See Bullard v. Barker*, No. CA–96–370–5–BO (E.D.N.C. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART, DISMISSED IN PART.*